UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LONNIE HARRIS,<br><br>  Plaintiff,<br><br>vs.<br><br>EDWARD ALVES, *et al.*,<br><br>  Defendants. | NO. CV-06-5068-RHW<br><br>**ORDER DENYING PLAINTIFF'S MOTIONS FOR DEFAULT, INJUNCTION** |

Before the Court are Plaintiff's Motion for Default Judgment (Ct. Rec. 24) and Motion for Injunction to Release Property (Ct. Rec. 26). These motions were heard without oral argument. Plaintiff's Motion for Default Judgment is denied because all Defendants have filed answers in this matter. In response to Plaintiff's Motion for Injunction to Release Property, Defendants assert Plaintiff has since received the disputed property after his transfer from the Washington State Penitentiary to the Coyote Ridge Corrections Center. This renders Plaintiff's motion moot.

Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff's Motion for Default Judgment (Ct. Rec. 24) is **DENIED**.

2. Plaintiff's Motion for Injunction to Release Property (Ct. Rec. 26) is **DENIED as moot**.

3. Plaintiff's Motion to Expedite (Ct. Rec. 31) is **DENIED as moot.**

///

///

ORDER DENYING PLAINTIFF'S MOTIONS
FOR DEFAULT, INJUNCTION * 1

1  **IT IS SO ORDERED.** The District Court Executive is hereby directed to
2  enter this Order and to furnish copies to Plaintiff and to defense counsel.
3  **DATED** this 4th day of May, 2007.

4                               *s/ Robert H. Whaley*
5                              ROBERT H. WHALEY
                          Chief United States District Judge
6
   Q:\CIVIL\2006\Harris\default.deny.ord.wpd
7

ORDER DENYING PLAINTIFF'S MOTIONS
FOR DEFAULT, INJUNCTION * 2