UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

LONNIE HARRIS,

    Plaintiff,

vs.

EDWARD ALVES, *et al.*,

    Defendants.

NO. CV-06-5068-RHW

**ORDER DENYING PLAINTIFF'S MOTION TO RECONSIDER ACCESS TO LEGAL DOCUMENTS AS MOOT**

    Before the Court is Plaintiff's Motion to Reconsider Access to Legal Documents (Ct. Rec. 93). This motion was heard without oral argument. In an earlier motion, Plaintiff stated that all of his legal material related to the above-captioned matter was located at Airway Heights Corrections Center, whereas he is currently imprisoned at the Pierce County Jail. He asked the Court to order the Department of Corrections to release his legal documents. In response, the State sent Plaintiff a letter acknowledging the box of legal documents' presence at AHCC and stating AHCC had not yet received a request for the property from Plaintiff.

    In his current motion, Plaintiff states he mailed a letter requesting his legal documents, but he had not, as of January 2, 2008, received them. Once again, Defendants filed a response including an affidavit from defense counsel stating that AHCC had indeed mailed Plaintiff's legal documents to Pierce County Jail, and that Pierce County Jail had received them and placed them in his property. Defense counsel also states that she wrote a letter to Plaintiff explaining that he

ORDER DENYING PLAINTIFF'S MOTION TO RECONSIDER ACCESS TO LEGAL DOCUMENTS AS MOOT * 1

should work with the Pierce County Jail staff to obtain access to the material. From this exchange, it appears Plaintiff's motion to reconsider is moot, for his legal documents are located with his property at the Pierce County Jail.

Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff's Motion to Reconsider Access to Legal Documents (Ct. Rec. 93) is **DENIED as moot**.

**IT IS SO ORDERED.**  The District Court Executive is hereby directed to enter this Order and to furnish copies to Plaintiff and to defense counsel.

**DATED** this 28th day of January, 2008.

*s/Robert H. Whaley*
ROBERT H. WHALEY
Chief United States District Judge

Q:\CIVIL\2006\Harris\reconsider.access.ord.wpd

ORDER DENYING PLAINTIFF'S MOTION TO RECONSIDER ACCESS TO LEGAL DOCUMENTS AS MOOT * 2