UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LONNIE HARRIS,<br><br>    Plaintiff,<br><br>vs.<br><br>EDWARD ALVES, *et al.*,<br><br>    Defendants. | NO. CV-06-5068-RHW<br><br>**ORDER OF DISMISSAL** |

Before the Court is the parties' Stipulation and Order for Dismissal with Prejudice and Without Costs (Ct. Rec. 176), heard on an expedited basis without oral argument. All parties have agreed to dismissal of the above-captioned matter.

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulation and Order for Dismissal with Prejudice and Without Costs (Ct. Rec. 176) is **GRANTED.**

2. This matter is **dismissed with prejudice**, with the parties to bear their respective costs and attorney's fees.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this Order, furnish copies to Plaintiff and to defense counsel, and **close the file.**

**DATED** this 1st day of November, 2010.

                                    *s/Robert H. Whaley*
                                ROBERT H. WHALEY
                                United States District Judge

Q:\CIVIL\2006\Harris\dismiss.ord.wpd

**ORDER OF DISMISSAL** * 1